Steven W. Block
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111
Telephone: 206-223-7000
*Attorney for Defendant Expeditors*
*International of Washington, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,<br><br>Defendant. | No. 1:23-cv-00568 (JLR)<br><br>**ORDER GRANTING DEFENDANT EXPEDITORS' MOTION TO CONSOLIDATE CASES** |

Before the Court is Defendant Expeditors' Motion to Consolidate Cases. The Court, having reviewed the briefing and the record, and being fully informed finds that the separate actions at issue involve common questions of law and fact and consolidation will result in judicial economy.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

The Motion to Consolidate Cases is **GRANTED.**

The cases *Expeditors International of Washington, Inc. v. CMA CGM, S.A.*, 1:23-cv-00132-JLR and *Travelers Property Casualty Company of America v. Expeditors International of Washington, Inc.*, 1:23-cv-00568-JLR, are **CONSOLIDATED** under case number 1:23-cv-00568-JLR.

No further filings shall be made in 1:23-cv-00132-JLR, which file shall be administratively closed. All pleadings therein maintain their legal relevance.

116719.0043/9278088.1

Any further filings received by the Clerk of Court for case number 1:23-cv-00132-JLR shall be filed in case number 1:23-cv-00568-JLR.

DATED: March 6, 2023                                  SO ORDERED:

                                                      *Jennifer Rochon*
                                                      U.S. DISTRICT COURT JUDGE