**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

        Plaintiff(s),

-against-

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.

        Defendant(s).

---

23-CV-568 (JLR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a settlement conference on August 10, 2023. As discussed at the conference, the parties may file a joint letter with proposed dates and times in the weeks of September 5, or 12, 2023, for a telephonic pre-settlement conference call.

**SO ORDERED.**

                                                         _s/ Ona T. Wang_

Dated: August 11, 2023                              **Ona T. Wang**
       New York, New York                     United States Magistrate Judge